1    UNITED STATES DISTRICT COURT
2    DISTRICT OF PUERTO RICO

3  UNITED STATES OF AMERICA,

4        Plaintiff,

Criminal No. 01-690 (JAF)

5        v.

6  JUAN MANUEL CRUZADO-LAUREANO,

7        Defendant.

8                          **O R D E R**

9        The motion for bail pending appeal, Docket Document No. 192, is

10  **DENIED.**

11       An examination of the sentencing record upon remand will clearly

12  establish that the court carefully revisited the issues raised on

13  appeal and in the appellate opinion which ordered the remand for

14  resentencing.  The 63-month sentence imposed on remand follows the

15  post-Booker sentencing criteria under the advisory guidelines

16  scrupulously.

17       We see no meritorious reason requiring that the Defendant be

18  granted bail on appeal.

19       **IT IS SO ORDERED.**

20       San Juan, Puerto Rico, this 8th day of June, 2005.

21                          S/José Antonio Fusté
22                          JOSE ANTONIO FUSTE
23                          Chief U. S. District Judge